IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALACSAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE ET AL,<br><br>    Defendants.<br>_____/ | No. C 11-03455 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiff failed to appear at the case management conference held on January 13, 2012. <u>See</u> dkt. 16. Accordingly, as the Court held from the bench, the case is dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3455\order dismissing.wpd