**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALACSAN,

        Plaintiff,

   v.

 AMERICAN HOME MORTGAGE
ACCEPTANCE ET AL,

        Defendants.

_____/

No. C 11-03455 CRB

**ORDER DISMISSING CASE**

     Plaintiff failed to appear at the case management conference held on January 13, 2012. See dkt. 16. Accordingly, as the Court held from the bench, the case is dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**

Dated: January 24, 2012

           CHARLES  R. BREYER
           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3455\order dismissing.wpd