IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALACSAN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE ET AL,<br><br>    Defendants._____/ | No. C 11-03455 CRB<br><br>**JUDGMENT** |

As the Court has dismissed Plaintiff's case for failure to prosecute, it hereby enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3455\judgment.wpd