IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALACSAN,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE ACCEPTANCE ET AL,

    Defendants.

No. C 11-03455 CRB

**JUDGMENT**

As the Court has dismissed Plaintiff's case for failure to prosecute, it hereby enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3455\judgment.wpd